# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dwayne Montgomery

                         Plaintiff,

v.                                                      Case No.: 1:20−cv−07771
                                                           Honorable Rebecca R. Pallmeyer

Peri Formwork Systems, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 9, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In person motion hearing held on 11/08/2021 regarding Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement [29]. The Court having carefully reviewed the motion and the absence of any objectors in the courtroom, plaintiff's motion [29] is granted. The court is satisfied that this is a fair and reasonable resolution and that the relief is adequate to the class and the request for fees and settlement administrative expenses is fair. Approval of the class action settlement is granted. Enter Order Certifying Class for Settlement Purposes Only and Granting Preliminary Approval of Class Action Settlement. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.